```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

BRIAN MINTON,                                    CIVIL ACTION
PRISONER # 413859


VERSUS                                           NO: 07-4041


BURL CAIN, WARDEN                                SECTION: R(2)
```

**ORDER**

Before the Court is Brian Minton's petition for post-conviction relief under 22 U.S.C. § 2254. The Court referred this matter to the Magistrate Judge for the preparation of a Report and Recommendation under 28 U.S.C. 636(b)(1)(B), (C). Having reviewed *de novo* the petition, the applicable law, the Magistrate Judge's Report and Recommendation, and petitioner's objections, the Court finds no merit in Minton's petition or objections and that the Magistrate Judge's Report and Recommendation is correct. The Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that Minton's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd day of February 2008

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE